**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**

In Re:
James D Murray, Jr.                                  Case No.: 22-13176-MAM
Nathalie S Murray,
    Debtors.                                              Chapter 13
_____/

**_EX PARTE_ MOTION FOR EXTENSION OF TIME TO FILE**
**SUMMARY OF SCHEDULES, SCHEDULES A - J, STATEMENT**
**OF FINANCIAL AFFAIRS, DISCLOSURE OF COMPENSATION**
**BY ATTORNEY, DECLARATION CONCERNING DEBTORS' SCHEDULES,**
**STATEMENT OF CURRENT MONTHLY INCOME AND DISPOSABLE INCOME**
**CALCULATION, PAYMENT ADVICES AND CHAPTER 13 PLAN**

Comes now, Debtors, James D. Murray, Jr. and Nathalie S. Murray ("Debtors"), by and through their undersigned counsel, pursuant to Local Rule 9013-1(C)(2), and respectfully requests this Court enter and order extending the deadline to file the Summary of Schedules, Schedules A-J, Statement of Financial Affairs, Disclosure of Compensation by Attorney, Declaration Concerning Debtors' Schedules, Statement of Current Monthly Income and Disposable Income Calculation, Payment Advices and Chapter 13 Plan ("Filing Deficiencies") and states as follows:

1. On April 25, 2022, the Debtors filed a Voluntary Chapter 13 Bankruptcy Petition.

2. All Filing Deficiencies are due on May 9, 2022.

3. The Debtors are in the process of gathering several documents essential to curing the Filing Deficiencies.

4. Accordingly, counsel needs an additional fourteen (14) days to get the information and documentation necessary to properly prepare the Chapter 13 schedules, statements, disclosures and other required documents pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Debtors, respectfully requests that this Court enter an Order granting the requested fourteen (14) day extension of time to file Summary of Schedules, Schedules A-J, Statement of Financial Affairs, Disclosure of Compensation by Attorney, Declaration Concerning Debtors' Schedules, Statement of Current Monthly Income and Disposable Income Calculation, Payment Advices and Chapter 13 Plan making the new due date on or about May 23, 2022.

Dated: May 9, 2022                        By:  /s/ Angelena M. Conant
                                               Angelena M. Conant
                                               Florida Bar No. 101751
                                               Angelena M. Root, P.A.
                                               1931 Cordova Road, #303
                                               Fort Lauderdale, Florida  33316
                                               Telephone:    (954) 986-2101
                                               Email: amrootesq@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished on May 9, 2022, via CM/ECF to:

Robin R Weiner, Trustee — ecf@ch13weiner.com, ecf2@ch13weiner.com;
Office of the US Trustee--USTPRegion21.MM.ECF@usdoj.gov.

                                        By:  /s/ Angelena M. Conant
                                             Angelena M. Conant