

**ORDERED in the Southern District of Florida on May 24, 2022.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division**

In Re:
James D Murray, Jr.                                                    Case No.: 22-13176-MAM
Nathalie S Murray,
    Debtors.                                                             Chapter 13
_____/

**ORDER GRANTING SECOND *EX PARTE* MOTION FOR EXTENSION OF TIME**

       THIS MATTER came before this Court upon Debtors' *Second Ex Parte Motion for Extension of Time to File Summary of Schedules, Schedules A-J, Statement of Financial Affairs, Disclosure of Compensation by Attorney, Declaration Concerning Debtors' Schedules, Statement of Current Monthly Income and Disposable Income Calculation, Payment Advices and Chapter 13 Plan* [ECF No. 13] ("Motion").  The Court having reviewed the Motion and being otherwise fully advised in the premises, it is

       ORDERED:

       1.       The Motion is GRANTED.

2. The Debtors, James D. Murray, Jr. and Nathalie S. Murray, have through and including May 24, 2022 to file their Summary of Schedules, Schedules A-J, Statement of Financial Affairs, Disclosure of Compensation by Attorney, Declaration Concerning Debtors' Schedules, Statement of Current Monthly Income and Disposable Income Calculation, Payment Advices and Chapter 13 Plan.

3. Absent extraordinary circumstances, no further extensions will be granted.

###

Submitted by:  Angelena M. Conant, Esq., Angelena M. Root, P.A., 1931 Cordova Road, #303, Fort Lauderdale, FL 33316, Ph: (954) 986-2101, Email: amrootesq@gmail.com.  Attorney Conant is instructed to serve this order on all parties in interest and file a certificate of service with the Court.