**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**

In Re:
James D Murray, Jr.                                             Case No.: 22-13176-MAM
Nathalie S Murray,
    Debtors.                                                      Chapter 13
_____/

**DEBTORS' MOTION TO VACATE DISMISSAL AND REINSTATE CASE**

Debtors, James D. Murray, Jr. and Nathalie S. Murray, by and through their undersigned counsel, files this Motion to Vacate Dismissal and Reinstate Case, and in support thereof states as follows:

1. On April 25, Debtors filed a Voluntary Petition for relief under Chapter 13, Title 11 of the United States Code.

2. On May 25, 2022, the case was dismissed for failure to file complete Schedules, Statement of Financial Affairs, Chapter 13 Statement of Current Monthly Income, Payment Advices, and a Chapter 13 plan ("Filing Deficiencies").

3. The Filing Deficiencies will be cured within 48 hours.

4. The undersigned will be collecting monthly payments to submit to the Court as they become due until the case can be reinstated.

5. No party is expected to be prejudiced by this relief sought herein.

**CERTIFICATION OF FUNDS**

Undersigned counsel is not currently holding funds for the first payment due under the Plan. Debtors will provide all monthly payments as they become due prior to the hearing, all funds will be sent to the trustee's lock box upon reinstatement of the case.

WHEREFORE Debtors, James D. Murray, Jr. and Nathalie S. Murray, respectfully request the entry of an order vacating the dismissal and reinstating this case and for all further relief this Court deems just and proper.

                        By: */s/ Angelena M. Conant*
                              Angelena M. Conant
                              Florida Bar No. 101751
                              Angelena M. Root, P.A.
                              1931 Cordova Road, #303
                              Fort Lauderdale, Florida  33316
                              Telephone:    (954) 986-2101
                              Email: amrootesq@gmail.com